In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00029-CV
_____

IN THE INTEREST OF J.D.J. and E.M.J.

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 14-05-05366-CV

**MEMORANDUM OPINION**

Joshua Jaros, Appellant, filed a notice of appeal with the trial court on December 20, 2017. Despite written notices from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. See Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notices.

Appellant did not file a statement of inability to pay costs and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on April 11, 2018
Opinion Delivered April 12, 2018

Before Kreger, Horton, and Johnson, JJ.